PD-1683_1687-15

No._____

| | | |
|---|---|---|
| CALEB LOGAN HART | ✳ | IN THE COURT OF |
| V. | ✳ | CRIMINAL APPEALS |
| THE STATE OF TEXAS | ✳ | OF TEXAS |

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 30 2015
Abel Acosta, Clerk

PRO-SE MOTION REQUESTING LEAVE TO FILE
AN ORIGINAL COPY ONLY OF THE PETITION
FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:

Comes now the Appellant / Petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to grant leave to file an original copy of the petition for discretionary review and in support thereof would show the Court the following:

1. The style and appeal numbers in the 7th Court of Appeals is: Caleb Logan Hart v. The State of Texas: appeal no.'s 07-14-00371-CR through 07-14-00375-CR.

2. The Appellant / Petitioner moves pursuant to Rule 2 Texas Rule of Appellate Procedure, that this Court suspend Rule 9.3(b) Texas Rule of Appellate Procedure that requires the filing of eleven (11) copies of the petition for discretionary review with the Court.

3. The facts relied upon to show good cause for this request are as follows: The Appellant / Petitioner is indigent and presently incarcerated and does not have access to a photo copier and the Appellant is not presently represented by counsel and intends to file a pro-se petition for discretionary review.

FILED IN
COURT OF CRIMINAL APPEALS
DEC 30 2015
Abel Acosta, Clerk

Wherefore, Premises Considered, the Appellant / Petitioner respectfully request that this Honorable Court grant leave to file an origional copy only of the petition for discretionary review.

Respectfully Submitted,

*Caleb L Hart*

Caleb L. Hart # 01961094
Telford Unit
3899 State Hwy 98
New Boston, Tx. 75570

I Caleb Logan Hart, TDCJ ID No. 01961094, being presently incarcerated at the Barry Telford Unit, Bowie County, Texas hereby declare under penalty of perjury that the above mentioned are true and correct to the best of my knowledge.

Executed on the 22nd day of December 2015.